IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD LUPINO, ) <br> ) <br> Defendant. ) | Case No.  4:00CR281 |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 130, now set for December 20, 2007, at 1:00 p.m., until a date and time certain in approximately 60 to 90 days.  The Court, being fully advised in the premises, and noting the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 20th day of March, 2008, at 1:00 p.m.  The defendant is ordered to appear at such time.

December 18, 2007.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge