I<small>N THE</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small>
<small>FOR THE</small> D<small>ISTRICT OF</small> N<small>EBRASKA</small>

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                 Plaintiff,      ) | |
| v.                                                              ) | Case No.  4:00CR281 |
| DONALD LUPINO,                                   ) | |
|                 Defendant.    ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 132, now set for March 20, 2008, at 1:00 p.m., until a date and time certain in approximately 90 days.  The Court, being fully advised in the premises, and noting the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until June 20, 2008 at 1:00 p.m.  The defendant is ordered to appear at such time.

Dated this 19th day of March, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge