IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR281 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| DONALD LUPINO, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

I held a telephone conference with counsel, the probation officer, and a supervisory United States Marshal regarding this never-ending case. Counsel for the defendant told me that Mr. Lupino's state trial is scheduled for March or April. Everyone agreed that the revocation hearing should be rescheduled. On joint motion,

IT IS ORDERED that the revocation proceeding on the petition for offender under supervision (filing 121) is continued until Tuesday, May 19, 2009, at 12:00 noon, before the undersigned United States district judge.

DATED this 3rd day of February, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge